UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IRENE P. GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF UVALDE, | § | SA-10-CV-0471 OG (NN) |
| | § | |
| Defendant. | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

All matters for which this cause was referred to the Magistrate Judge having been considered and acted upon,

It is **ORDERED** that the above-entitled and numbered cause be, and it hereby is, **RETURNED** to the district court for all purposes.

**SIGNED** on September 2, 2011.

*Nancy Stein Nowak*
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE